JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE KEITH HARRELL,**<br><br>Plaintiff,<br><br>v.<br><br>**T. BEMILLER, et al.,**<br><br>Defendant. | Case No. 2:19-cv-00101-CJC-KK<br><br>**[PROPOSED]** ORDER |

Plaintiff Ronnie K. Harrell is appearing pro se in this civil-rights action pursuant to 42 U.S.C. § 1983.

The parties filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Rule 41(a)(1)(A)(ii) provides, in pertinent part, that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action without operation of a court order. *Black Rock City, LLC v. Pershing Cty. Bd. Of Comm'rs.*, 637 F. App'x 488 (9th Cir. 2016) (citing *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999)).

In this case, Plaintiff and counsel for Defendant T. Bemiller have signed and dated a stipulation to dismiss this action, and filed it with the Court. In light of the parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending deadlines are terminated. Each party is to bear its own litigation costs, fees, and expenses of any type, including attorney's fees.

The Clerk of the Court is hereby directed to close this case pursuant to the parties' stipulation.

**IT IS SO ORDERED**.

Dated: February 3, 2020

_____
The Honorable Kenly Kiya Kato
United States Magistrate Judge

LA2019501933
54079891.docx